UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-23159-CIV-KING

JUAN VELASQUEZ,

    Plaintiff,

v.

ALL FLORIDA SECURITY CORP,
JOSE VALLADARES, and
RANGER SECURITY CORPORATION,
    Defendants.
_____/

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS

THIS MATTER is before the Court upon Defendants' Motion to Dismiss (D.E. #7) filed January 16, 2008, in the above-styled action. Upon careful review of the record, it is

ORDERED, ADJUDGED and DECREED that Defendants' Motion to Dismiss (D.E. #7) be, and the same is hereby DENIED. The Court notes that the Answer has been filed. The matter will be set for Pretrial Conference and Trial by separate order.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 6th day of March, 2008.

                                                  JAMES LAWRENCE KING
                                                UNITED STATES DISTRICT JUDGE
                                                SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
***Counsel for Plaintiff:***
Daniel T. Feld, Esq.
J.H. Zidell, P.A.
300 71st Street, #605
Miami Beach, FL 33141

***Counsel for Defendant:***
Reynaldo Velazquez, Esq.
Velazquez Law Firm, P.A.
100 Almeria Avenue
Suite 340
Coral Gables, FL 33134